IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-23470-EA

SEACO GLOBAL LIMITED,

    Plaintiff,

v.

LILLY & ASSOCIATES
INTERNATIONAL TRANSPORTATION
GROUP, LLC,

    Defendant.
_____/

**JOINT MOTION TO STAY
PENDING ARBITRATION**

The Parties, Seaco Global Limited ("Plaintiff") and Defendant Lilly & Associates International Transportation Group, LLC ("Defendant") (collectively the "Parties"), under Section 3 of the Federal Arbitration Act, move the Court to stay this proceeding pending the resolution of arbitration of Plaintiff's claims against Defendant through the London Maritime Arbitration Association ("LMAA"). In support, the Parties state as follows:

1. This action arises out of 6 Container Lease Agreements entered into by the Parties for the lease of shipping containers. [D.E. 1, ¶¶ 1-3].

2. Each Container Lease Agreement incorporates Seaco's General Terms and Conditions ("GTC") which provide that:

> . . . [E]ither party may, by giving written notice to the other party, elect unilaterally to refer any dispute arising out of or in connection with the Lease, these GTC and/or any of the Containers to arbitration in London to be conducted in accordance with the English Arbitration Act 1996 or any statutory modification or re-enactment thereof for the time being in force at the time of commencement of arbitration[.].

[D.E. 1-3, § 17(ii)].

3. On August 1, 2025, Seaco filed this action against Lilly alleging Lilly's breach of several of the shipping container leases. *See* Compl. [D.E. 1].

4. On September 17, 2025, Defendant filed its Answer and Affirmative Defenses asserting the Court lacked subject matter jurisdiction over this action based on the arbitration provision in the GTC as its First Affirmative Defense. [D.E. 13].

5. On October 17, 2025, Defendant filed its Notice of Election of Arbitration and Commencement of Arbitration. [D.E. 23].

6. On October 30, 2025, Plaintiff commenced arbitration under the GTC by appointing Mr. George Eddings as its arbitrator and providing written notice of the appointment to Defendant.

7. Section 3 of the FAA commands a federal district court to stay litigation if a party to the dispute demonstrates that there is an arbitration agreement in place that governs the dispute. *See* 9 U.S.C. Section 3.

8. Under the express terms of GTC, the Parties have a contractual right to elect to have any dispute related to the Container Lease Agreements, GTC and/or containers resolved by arbitration. [D.E. 1-3, § 17(ii)].

9. The Parties have submitted the claim to arbitration under the LMAA as required under the GTC and respectfully request this Honorable Court stay this proceeding, pending arbitration of the dispute under the LMAA. *See VVG Real Est. Invs. v. Underwriters at Lloyd's, London,* 317 F. Supp. 3d 1199, 1207 (S.D. Fla. 2018) (denying, in part, motion to dismiss in favor of staying action pending arbitration).

WHEREFORE, the Parties respectfully request this Honorable Court: 1) stay Plaintiff's Complaint against Defendant pending completion of the arbitration proceedings; (2) terminate all pending deadlines in the proceeding; 3) direct the Clerk of Court to administratively close the case; and (4) grant such further relief as this Court deems necessary and proper.

Respectfully submitted,

| | |
|---|---|
| */s/ Craig P. Kalil* | */s/Kevin Markow* |
| Craig P. Kalil, Esq. | Kevin Markow, Esq. |
| Florida Bar No. 607282 | Florida Bar No. 66982 |
| Renee R. Tischler, Esq. | BECKER & POLIAKOFF, P.A. |
| Florida Bar No. 26939 | 1 East Broward Blvd., Suite 1800 |
| ABALLI MILNE KALIL, P.A. | Fort Lauderdale, FL  33301 |
| One Southeast Third Avenue, Suite 2250 | Telephone:  (954) 987-7550 |
| Miami, FL  33131 | Facsimile:  (954) 985-4176 |
| Telephone:  (305) 373-6600 | kmarkow@beckerlawyers.com |
| Facsimile:  (305) 373-7929 | ygomezrivera@beckerlawyers.com |
| ckalil@aballi.com | courtmail@beckerlawyers.com |
| **Counsel for Plaintiff** | **Counsel for Defendant** |
| | |
| Dated: October 31, 2025 | Dated: October 31, 2025 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of October 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                          */s/ Kevin Markow*
                                                          Kevin Markow, Esq.
                                                          Florida Bar No. 66982

## **SERVICE LIST**

Craig P. Kalil, Esq.
Renee R. Tischler, Esq.
ABALLI MILNE KALIL, P.A.
One Southeast Third Avenue, Suite 2250
Miami, FL  33131
Phone: (305) 373-6600
Fax: (305) 373-7929
Email: ckalil@aballi.com
*Counsel for Plaintiff*

30079857.v1